UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
RICHARD BALDELLI, AND ON BEHALF OF　　　　　**DEFAULT JUDGMENT**
OTHERS SIMILARLY SITUATED,

　　　　　　　　　　　　　　Plaintiff,　　　　　　*Civil Action No.:*
　　　　　　　　　　　　　　　　　　　　　　　　 1:17-cv-08050-RWS

　　　　-against-

SHOWPLACE ENTERTAINMENT CENTER, LLC,

　　　　　　　　　　　　　　Defendants.
---------------------------------------X

　　　　This action having been commenced on October 19, 2017 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the Defendant Showplace Entertainment Center, LLC on November 2, 2017 by service through the Secretary of State and proof of service having been filed on November 8, 2017 and the Defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

　　　　ORDERED, ADJUDGED, AND DECREED: That the Plaintiff have judgment against the Defendant, to take all steps necessary to make its Website into full compliance with the requirements set forth in the ADA, and its implementing regulations, so that the Website is readily accessible to and usable by blind individuals.

　　　　Further, that the Plaintiff be awarded be awarded, not less than, five hundred dollars ($500) in compensatory damages based on the Defendant's violation of the New York City Human Rights Law and the New York State Human Rights law; the Defendant to comply with the terms of the Final Judgment within sixty (60) days of the entry of judgment; and this

Honorable Court retain jurisdiction relating to the Plaintiff's attorneys' fees and said motion shall be filed within thirty (30) days of entry of this Final Judgment.

Dated: New York, New York

_____

_____

U.S.D.J

This document was entered on the docket on_____.